ELIZABETH M. SHER, Appellant, *v.* CENTROTEX, LTD., Respondent.

Argued November 23, 1953; decided January 15, 1954.

*Martin A. Roeder* and *Roger Evan Sher* for appellant.
*Leonard E. Golditch* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROES-
SEL and VAN VOORHIS, JJ.